# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO.
                                                        3:04CR00138 (JCH)

LISA CRAGGETT
     Defendant.
                                                      MARCH 27, 2008

## ORDER TO SHOW CAUSE

The Defendant  is hereby ORDERED to SHOW CAUSE, by April 15, 2008, why the defendant ought to be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because the defendant was sentenced to a mandatory minimum sentence.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of March, 2008.


    /s/ Janet C. Hall
Janet C. Hall
United States District Court