## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

LISA CRAGGETT
      Defendant.

CRIMINAL ACTION NO.
3:04CR00138 (JCH)

MARCH 27, 2008

## ORDER TO SHOW CAUSE

The Defendant is hereby ORDERED to SHOW CAUSE, by April 15, 2008, why

the defendant ought to be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and

994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The court has reviewed a supplemental Presentence Report prepared by the

Probation Office that suggests the defendant is ineligible because the defendant was

sentenced to a mandatory minimum sentence.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of March, 2008.

      /s/ Janet C. Hall
      Janet C. Hall
      United States District Court